476 A.2d 472

Commonwealth v. Leininger, Appellant.

Reargument Denied June 22, 1984.

Petition for Allowance of Appeal
Denied Oct. 1, 1984.

636

Argued January 17, 1984. Harry C.J. Blair, for appellant; Michael J. Garfield, First Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.